**Motion Granted; Order filed April 29, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00100-CR

_____

**REGINA ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Court Cause No. 13-16232**

# ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Counsel also filed a motion requesting that the record be provided to appellant and that appellant be granted an extension of time to file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We **GRANT** the motion and issue the following order:

Accordingly, we hereby direct the Judge of the 252nd District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **May 16, 2014;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM